# Court of Appeals
# of the State of Georgia

ATLANTA,  September 18, 201

*The Court of Appeals hereby passes the following order:*

**A14A2315. SERGE CHARLES v. NATIONSTAR MORTGAGE, LLC, ET AL.**

The above-referenced case was docketed with this Court on August 14, 2014, and the Appellant's brief was due to be filed on September 3, 2014. *See* Court of Appeals Rule 23 (a). Pursuant to Court of Appeals Rule 23 (a), an Appellant's motion for an extension of time to file a brief must be filed prior to the date that the brief is due or this Court may dismiss the appeal. The Appellant has not filed a brief with this Court, and he filed an untimely motion for an extension to file a brief on September 8, 2014. Thus, pursuant to Court of Appeals Rule 23 (a), Appellant's untimely motion for an extension of time to file a brief is **DENIED**, and this appeal is ***DISMISSED***.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/18/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*